


JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

17-CV-5031

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| KATHERINE TOHANCZYN, individually and on behalf of all others similarly situated, | IQ DATA INTERNATIONAL, INC., and DOES 1 through 10, inclusive, and each of the, |
| **(b)** County of Residence of First Listed Plaintiff  Montgomery  *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant  *(IN U.S. PLAINTIFF CASES ONLY)*  NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  Cynthia Z. Levin, Esq., LAW OFFICES OF TODD M. FRIEDMAN, P.C., 1150 First Avenue, Suite 501, King of Prussia, PA 19406 | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* — Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☒ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights / ☐ 555 Prison Condition / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1692
Brief description of cause:
Violations of the Fair Debt Collection Practices Act

**VII. REQUESTED IN COMPLAINT:**   ☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ 5,000,001.00   CHECK YES only if demanded in complaint:   JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE 11/7/2017    SIGNATURE OF ATTORNEY OF RECORD

NOV - 7 2017

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT  17  5031

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 2065 Stewart Dr. Hatfield PA 19440

Address of Defendant: 1000 SE Everett Mall Way Ste 100 Everett, WA 98208

Place of Accident, Incident or Transaction: 2065 Stewart Dr. Hatfield PA 19440
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐   No☒

Does this case involve multidistrict litigation possibilities?    Yes☐   No☒
RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)
A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) 27 U.S.C. § 227, TCPA

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

ARBITRATION CERTIFICATION
(Check Appropriate Category)
I, Cynthia Z. Levin, counsel of record do hereby certify:
☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: November 7, 2017    _____    27050
                          Attorney-at-Law          Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

NOV - 7 2017

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: November 7, 2017    _____    27050
                          Attorney-at-Law          Attorney I.D.#

CIV. 609 (6/08)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Katherine Tohanczyn | : | CIVIL ACTION |
| v. | : | |
| IQ Data International, Inc. | : | NO. 17  5031 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

| | | |
|---|---|---|
| 11/7/2017 | Cynthia Z. Levin | Plaintiff, Katherine Tohanczyn |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 888.595.9111 ext 618 | 877.206.4741 | clevin@atorneysforconsumers.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

NOV - 7 2017

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**1150 FIRST AVENUE, SUITE 501**
**KING OF PRUSSIA, PA 19406**
**PHONE: 888-595-9111 EXT 618**
**FAX: 877-206-4741**
**WWW.TODDFLAW.COM**
**EMAIL: CLEVIN@ATTORNEYSFORCONSUMERS.COM**

17    5031

TODD M. FRIEDMAN, ESQ.*

*LICENSED IN CALIFORNIA ONLY

CYNTHIA Z. LEVIN, ESQ.**
Attorney in charge of PA office
**LICENSED IN PA and NJ

PRINCIPAL OFFICE, CHERRY HILL, NJ

CALIFORNIA MAILING ADDRESS
21550 Oxnard St., Suite 780
WOODLAND HILLS, CA 91367

PA MAILING ADDRESS
1150 FIRST AVENUE, SUITE 501
KING OF PRUSSIA, PA 19406

Dated: November 2, 2017

United States District Court Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

**Re: Katherine Tohanczyn v. IQ Data International, Inc.**

Dear Filing Clerk:

Please file the enclosed Complaint, Civil Case Cover Sheet, Summons, Designation Form, and Case Tracking Form, as soon as possible. I've also enclosed a check for $400.00 for filing fees. Please return the conformed copy and a receipt to me via the self-addressed stamped envelope.

Please contact me directly with any questions or concerns.

Thank you,

*Cynthia Z. Levin*

Cynthia Z. Levin

#$400

Cynthia Z. Levin, Esq. (SBN 27050)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext. 618
Fax: 866 633-0228
clevin@attorneysforconsumers.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE TOHANCZYN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. **17 5031**<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR VIOLATIONS OF:**<br><br>1.  Fair Debt Collection Practices Act<br><br>**DEMAND FOR JURY TRIAL**<br><br>**FILED**<br>NOV - 7 2017<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

### COMPLAINT

1.      Plaintiff, Katherine Tohanczyn (hereinafter referred to as "Plaintiff"), is an adult individual citizen, natural person, and legal resident of the Commonwealth of Pennsylvania, residing at 134 Plymouth Road, #1301, Plymouth Meeting, PA 19462. Plaintiff was, at all times relevant herein, a "consumer" as the

1



term is defined under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a(3).

2. Defendant, IQ Data International, Inc. (hereinafter referred to as "IQ Data"), is a corporation that is qualified to and regularly conducts business in the Commonwealth of Pennsylvania.

3. IQ Data maintains its legal residence in Washington State, and can be served at Corporation Service Company at 300 Deschutes Way, SW, Ste 304, Tumwater, WA 98501.

4. IQ Data and Experian will be referred to as "Defendant".

5. Plaintiff avers that Defendant acted by and through its authorized agents, servants, officers, and/or employees at all times material hereto and described herein.

6. IQ Data was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by the FDCPA, 15 U.S.C. §1692a(5). IQ Data is a creditor who, in the process of collecting its own debts, uses any name other than its own which would indicate that a third person is collecting or attempting to collect such debts and is therefore subject to the regulation of the FDCPA pursuant to the FDCPA, 15 U.S.C. §1692a(6). *See* Fleming v. IQ Data Mgmt. Servs., L.P., No. 2:15-CV-00174-SMJ, 2016 WL 4491846 (E.D. Wash. Aug. 25, 2016).

## BACKGROUND

7. Beginning in or around June of 2017 and at various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, IQ Data contacted Plaintiff in an attempt to collect an alleged outstanding, albeit erroneous, debt.

8. Prior to June of 2017, Defendant obtained ownership of an alleged debt owned by Plaintiff. However, Plaintiff is informed and believes that Plaintiff does not owe this alleged debt.

9. IQ Data refused to validate the debt and continued its collection efforts.

10. IQ Data then went on to report the debt on Plaintiff's "consumer report" as the term is defined in the FCRA, 15 U.S.C. § 1681a(d), and IQ Data continued to furnish derogatory information in connection with collection on an alleged debt well into the next year.

11. Despite her efforts, Defendants continue to erroneously furnish derogatory informaiton on her consumer report.

12. IQ Data's conduct violated the FDCPA in multiple ways, including but not limited to:

    a. Falsely representing the character, amount, or legal status of Plaintiff's debt (15 U.S.C. § 1692e(2)(A));

    b. Communicating or threatening to communicate credit information which is known or which should be known to be false (15 U.S.C. § 1692e(8)); and

3

    c. Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (15 U.S.C. § 1692e(10).

13. As a result of the above violations of the FDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and IQ Data is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I
## VIOLATION OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

14. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

15. Insofar as IQ Data's conduct herein described violates the FDCPA, such violations were done purposefully, knowingly, or with extreme reckless disregard for the law and human decency reasonably expected by any consumer of a debt collector.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

4

    A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

    B.    Actual damages;

    C.    Statutory damages;

    D.    Costs and reasonable attorney's fees; and

    E.    For such other and further relief as may be just and proper.

**<u>PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY</u>**

Respectfully submitted this 29th day of October, 2017.

*/s/ Cynthia Z. Levin*

Cynthia Z. Levin, Esq. (27070)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff