Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE TOHANCZYN, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-05031-JS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| IQ DATA INTERNATIONAL, INC., and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, KATHERINE TOHANCZYN, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 3/29/2018

_____
Honorable Juan R. Sanchez

1 Todd M. Friedman (SBN 216752)
2 LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3 21550 Oxnard St., Suite 780
4 Woodland Hills, CA 91367
5 Phone: 877-206-4741
  Fax: 866-633-0228
6 tfriedman@ toddflaw.com
7 *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHERINE TOHANCZYN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:17-cv-05031-JS<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

///

Respectfully submitted this 28th Day of March, 2018,

By: /S Cynthia Z. Levin
Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.


By: s/ *Joel Wertman*
Joel Wertman

Attorney for Defendant

Filed electronically on this 28th Day of March, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania

Edward Magulis
Attorney for Defendant

Submitted this 22 March 2018

By: s/ Cynthia Z. Levin
    Cynthia Z. Levin.